Approved: _____
ASHLEY C. NICOLAS
Assistant United States Attorney

Before:  THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York

**21 MAG 1992**

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA       :   **COMPLAINT**
:
          - v. -               :   Violations of
:   18 U.S.C. §§ 922(g)(1),
DUWAYNE BAUGH,                 :   922(k), 924(a)(1) and(2),
:   and 2.
          Defendant.           :
:   COUNTY OF OFFENSE:
- - - - - - - - - - - - - - - - x   BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

EDGARDO BARBOT, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
### (Felon in Possession)

1. On or about December 1, 2020, in the Southern District of New York and elsewhere, DUWAYNE BAUGH, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a black 9mm caliber Taurus pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

### COUNT TWO
### (Possession of a Defaced Firearm)

2. On or about December 1, 2020, in the Southern District of New York and elsewhere, DUWAYNE BAUGH, the defendant, knowingly did possess a firearm which had the importer's and manufacturer's serial number removed, obliterated, and altered,

to wit, a defaced black 9mm caliber Taurus pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(k), 924(a)(1), and 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

3. I am a Detective with the NYPD. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses and others, my review of video recordings, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my conversations with two of the NYPD officers ("PO-1," "PO-2, and collectively with "PO-3" and "PO-4", the "Officers") personally involved in the arrest of DUWAYNE BAUGH, the defendant, and my review of the body worn camera footage from PO-1, PO-2, and PO-3, I have learned, among other things, the following:

   a. On or about December 1, 2020, at approximately 6:15 p.m., the Officers observed a small group of individuals (the "Group") consuming what appeared to be alcoholic beverages outside of a pizzeria located at 3240 3rd Avenue in the Bronx (the "Pizzeria")

   b. As the Officers approached the Group, BAUGH moved away from the Group and entered the Pizzeria. PO-1 moved to the window of the Pizzeria so that PO-1 could observe BAUGH while the other Officers spoke with the Group.

   c. PO-1 watched BAUGH loiter inside the Pizzeria for a few minutes before exiting. Upon exiting and seeing that the Officers were still present, BAUGH reentered the Pizzeria and walked directly to the bathroom, located at the rear of the Pizzeria.

   d. After seeing BAUGH walk into the bathroom, PO-1 alerted PO-2 to BAUGH's suspicious behavior. As BAUGH returned

to counter area of the Pizzeria, POs-1, -2, and -3, entered the Pizzeria.  POs-1 and -3 remained in the counter area watching BAUGH while PO-2 walked directly to the bathroom.  As PO-2 entered the bathroom, BAUGH exited the Pizzeria to rejoin the Group outside.

    e.   Upon entering the single-occupancy bathroom, PO-2 conducted a cursory search. During his search, PO-2 opened a cabinet installed under the bathroom sink and noticed a metal object protruding from underneath a black plastic bag.  PO-2 moved the bag, revealing what appeared to be a gun (the "Firearm").  A photo of the Firearm in the cabinet is included below:



    f.   PO-2 alerted the Officers to the presence of what appeared to be a firearm in the bathroom.  The Officers immediately placed BAUGH under arrest and transported him to the 42nd Precinct.

    5.   As part of my investigation, I have reviewed a video recording of a post-arrest statement that DUWAYNE BAUGH, the defendant, made to an NYPD officer on December 1, 2020 at approximately 9:35 p.m., after being advised of his Miranda rights.  Based on my review of the video recording, I know that BAUGH stated, in substance and in part, that on or about December 1, 2020, he was carrying the Firearm on his person, that he hid the Firearm in the bathroom, and that he was aware that the Firearm bore visible scratches.

  6. Based on my review of an NYPD lab report and a report from the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I know that the Firearm is a black 9mm Taurus pistol.  The Firearm contained a magazine which was loaded with eight rounds.  Based on my review of pictures of the Firearm, the serial number on the side of the Firearm has been defaced in a manner that is readily visible and that completely obliterates the serial number.

  7. Based on my review of a report prepared by an ATF agent who is familiar with the manufacturing of firearms, I know that the Firearm was manufactured outside the State of New York.

  8. I have reviewed criminal history records pertaining to DUWAYNE BAUGH, the defendant, which show that BAUGH was convicted on or about September 5, 2007, in the State of New York of attempted criminal possession of a weapon in the second degree, in violation of New York Penal Law § 265.03, a Class D Felony, for which he served a sentence of twenty-months' imprisonment.

  WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of DUWAYNE BAUGH, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

/s authorized electronic signature
_____
Detective Edgardo Barbot
New York City Police Department

Sworn to me by
reliable electronic means
this 22nd day of February 2021

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK